IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


C.D. Oldsmobile, Inc., et al.,                          Case No.: 3:06CV1053

        Plaintiffs

   v.                                                                    Order

General Motors Corporation,

        Defendant


   This is a *pro se* suit which, apparently, has been preceded by other litigation between the

parties. The defendant appears to have prevailed in that litigation. It has filed a motion for

summary judgment. In response to that motion, the plaintiff filed a motion for voluntary

dismissal. That motion was denied because the dismissal would not be with prejudice.

   The plaintiff was directed to file his response to the motion for summary judgment by August

31, 2006. No response has been filed. Instead, the plaintiff filed a motion for reconsideration of

voluntary dismissal.

   The plaintiff has failed to prosecute this action diligently. He has ignored deadlines and

sought to set his own timetable. It appears, moreover, that the issues he seeks to litigate are

foreclosed from further litgation by the doctrine of *res adjudicata*.

   Because the plaintiff failed to comply with the deadline for filing his response to the

defendant's motion for summary judgment, it is hereby

ORDERED THAT the complaint be, and the same hereby is dismissed, with prejudice. An appeal from this decision could not be taken in good faith and would be frivolous. No appeal shall, accordingly, be allowed without prepayment of the requisite filing fee, pursuant to 28 U.S.C. 1915(a)(3).

So ordered.

S/ James G. Carr
Chief Judge